# EXHIBIT A

**EXHIBIT A**

**RICKY WILLIAMS**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | D'Angelo | Untitled (How Does It Feel) | Voodoo | 280-480 |
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| UMG Recordings, Inc. | Mary J. Blige | Missing You | Share My World | 238-818 |
| BMG Music | Alicia Keys | A Woman's Worth | Songs in A Minor | 299-410 |
| UMG Recordings, Inc. | Mary J. Blige | I Don't Want To Do Anything | What's The 411? | 149-212 |