AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

VIRGIN RECORDS AMERICA, INC., a California
corporation; SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership; UMG RECORDINGS,
INC., a Delaware corporation; and BMG MUSIC, a
New York general partnership,

|                 v.

RICKY WILLIAMS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3: 06cv 631 - MHT-VPM

TO:

RICKY WILLIAMS
1623 Cornerstone Dr. Apt. 7
Alexander City, AL 35010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S' ATTORNEY

    Dorman Walker  (Bar # WAL086)
    Kelly F. Pate (Bar # FIT014))
    BALCH & BINGHAM LLP
    105 Tallapoosa Street, Suite 200
    P.O. Box 78 (36101)
    Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within 20 days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must
be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_Ben Dorn_
(BY) DEPUTY CLERK

7/19/06
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion
then residing therein.
Name of person with whom the summons and complaint were left _____

☐    Returned unexecuted _____
_____
_____

☐    Other (specify) _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                             *Signature of Server*

                                         _____
                                         *Address of Server*

---

1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.