IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., A CALIFORNIA CORPORATION; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> RICKY WILLIAMS <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. **3:06CV631-MHT-VPM** <br><br> DECLARATION OF SERVICE OF: <br> **NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of July, 2006**, at **7:30 PM**, at the address of **1623 CORNERSTONE Drive APT. 7, ALEXANDER CITY, Tallapoosa** County, **AL 35010**; this declarant served the above described documents upon **RICKY WILLIAMS**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jonathan Williams, son, black male, 21 years old, 5'9", 150 lbs, black hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Alabama_ that the statement above is true and correct.

DATED this **30th day of July, 2006**.

_Joe Neighbors_ (signature)
**Joe Neighbors**

| | | |
|---|---|---|
| ABC's Client Name <br> **Holme, Roberts & Owen** <br> **RIAA (PFI)** | ORIGINAL PROOF OF <br> SERVICE | ABC Tracking #: **3815356** |