IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>RICKY WILLIAMS,<br><br>Defendant. | Civil Action No.:  3:06-cv-00631-MHT-VPM |

### DECLARATION OF KELLY F. PATE IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Kelly F. Pate, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Alabama and this United States District Court. I am an attorney in the law firm of Balch & Bingham, LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On July 18, 2006, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on July 28, 2006, by substitute service.

1

3.  More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4.  Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5.  Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6.  I am informed and believe that Defendant is not an infant or incompetent person.

7.  A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2006 at Montgomery, Alabama.

_Kelly J. Pate_
Kelly F. Pate

2

perlres                                                                                                Page 1 of 2

### IN THE
### UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., A CALIFORNIA CORPORATION; ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>RICKY WILLIAMS<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **3:06CV631-MHT-VPM**<br><br>DECLARATION OF SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of July, 2006**, at **7:30 PM**, at the address of **1623 CORNERSTONE Drive APT. 7, ALEXANDER CITY**, Tallapoosa County, **AL 35010**; this declarant served the above described documents upon **RICKY WILLIAMS**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jonathan Williams, son, black male, 21 years old, 5'9", 150 lbs, black hair.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Alabama_ that the statement above is true and correct.

DATED this **30th day of July, 2006.**

_Joe Neighbors_ (signature)
Joe Neighbors

| ABC's Client Name<br>**Holme, Roberts & Owen**<br>**RIAA (PFI)** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3815356** |
|---|---|---|


EXHIBIT
A

http://www.abclegal.com/asp/aas/pos/perlres.asp?id=3815356&displayid=1&sType=        7/30/2006