IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation, and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>RICKY WILLIAMS,<br><br>Defendant. | Civil Action No. 3:06-cv-631-MHT-VPM |

ENTRY OF DEFAULT

It appearing that defendant, Ricky Williams, was duly served with a copy of the summons and complaint on July 28, 2006, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on September 15, 2006, as required by law.

DEFAULT is hereby entered against defendant, Ricky Williams.

DONE THIS __21st__ day of __September__, 2006.

                                              /s/ Debra P. Hackett
                                              DEBRA P. HACKETT
                                              CLERK, UNITED STATES DISTRICT COURT
                                              MIDDLE DISTRICT OF ALABAMA