IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>RICKY WILLIAMS,<br><br>Defendant. | Civil Action No.: 3:06-cv-00631-MHT-VPM |

### NOTICE OF ENTRY OF DEFAULT BY CLERK

TO DEFENDANT :

PLEASE TAKE NOTICE that, on September 21, 2006 the Clerk of the Court entered the default of Defendant. A copy of the Entry of Default is attached hereto as Exhibit A, and incorporated herein by this reference.

Respectfully submitted,

DATED:   September 22, 2006

s/Kelly F. Pate
Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 269-3130
Fax: (334) 313-6056

ATTORNEYS FOR PLAINTIFFS