IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA,     ) | |
| INC., a California          ) | |
| Company, et al.,            ) | |
|                             ) | |
|     Plaintiffs,             ) | |
|                             ) | CIVIL ACTION NO. |
|     v.                      ) |    3:06cv631-MHT |
|                             ) | |
| RICKY WILLIAMS,             ) | |
|                             ) | |
|     Defendant.              ) | |

ORDER

Upon consideration of plaintiffs' application for entry of default judgment (doc. no. 8), it is ORDERED that defendant Ricky Williams show cause, if any there be, in writing by October 20, 2006, as to why said application should not be granted.  Defendant Williams is informed that if he fails to respond within the time allowed, the application will be granted and all the relief requested by plaintiffs will be entered against him.

**The clerk of the court is DIRECTED to mail a copy of this order and the application to defendant Williams by certified mail, return receipt requested.**

**DONE, this the 28th day of September, 2006.**

                              /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**