IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
VIRGIN RECORDS AMERICA,     )
INC., a California          )
Company, et al.,            )
                            )
     Plaintiffs,            )
                            )
     v.                     )     CIVIL ACTION NO.
                            )     3:06cv631-MHT
RICKY WILLIAMS,             )          (WO)
                            )
     Defendant.             )
```

**INJUNCTION AND JUDGMENT BY DEFAULT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court that:

(1) Plaintiffs Virgin Records America, Inc., Sony BMG Music Entertainment, UMG Recordings, Inc., and BMG Music's motion for entry of default judgment (Doc. No. 8) is granted.

(2) Plaintiffs Virgin Records America, Inc., Sony BMG Music Entertainment, UMG Recordings, Inc., and BMG Music shall have and recover $ 4,500.00 from defendant Ricky Williams.

(3) Defendant Ricky Williams, his officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this injunction and judgment by personal service or otherwise, are each jointly and separately ENJOINED and RESTRAINED:

(a) From directly or indirectly infringing plaintiffs Virgin Records America, Inc., Sony BMG Music Entertainment, UMG Recordings, Inc., and BMG Music's copyright rights under federal or state law, whether now in existence or later created, that is owned or controlled by the plaintiffs (or any parent, subsidiary, or affiliate record label of the plaintiffs) ("the plaintiffs' recordings"), including without limitation, by using the Internet or any online media distribution

system to reproduce (i.e., download) any of the plaintiffs' recordings, to distribute (i.e., upload) any of the plaintiffs' recordings, or to make any of the plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of the plaintiffs.

(b) From failing to destroy, within five days of notice of this injunction and judgment, all copies of the plaintiffs' recordings that defendant Williams has downloaded onto any computer hard drive or server without the plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant Williams's possession, custody, or control.

It is the further ORDER of this court that costs are taxed against the defendant Williams in the amount of $ 420.00, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of October, 2006.


                                              /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**